IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW LEE JAMISON**                                                 **PLAINTIFF**

**v.**                                                 **No. 4:07CV39-P-A**

**JIM HOOD, ET AL.**                                              **DEFENDANTS**

## ORDER DENYING MOTION FOR
## A TEMPORARY RESTRAINING ORDER

This matter comes before the court on the *pro se* prisoner complaint of Andrew Lee Jamison, who seeks a temporary restraining order in this case challenging the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. For the reasons set forth below, the instant motion for a temporary restraining order shall be denied.

The plaintiff's motion for a temporary restraining order simply re-asserts the claims contained in his complaint. As the court has dismissed the complaint for failure to state a claim upon which relief could be granted, the instant motion for a temporary restraining order is hereby **DENIED.**

**SO ORDERED,** this the 29th day of March, 2007.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE